# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

USA                                             Case No. 3:04CR297

                                                **ORDER**
vs.

JORGE ANTONIO MOLINA-MARTINEZ


The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.


This 3d day of August, 2005.

                                                /s/ Robert J. Conrad
                                                United States District Judge


cc: All counsel